IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LOIS RHODES, as the Personal Representative of the Estate of BILLY JOE RHODES,    Plaintiff, | )<br>)<br>)<br>)<br>)<br>) |
| v. | )   CIV. ACT. NO. 2:19-cv-76-ALB |
| ALLSTATE INSURANCE COMPANY,    Defendant. | )<br>)<br>)<br>)<br>) |

## **O R D E R**

Upon consideration of the parties' Joint Stipulation for Dismissal with Prejudice (Doc. 12) filed on May 15, 2019, which comports with FED.R.CIV.P. 41(a)(1)(A)(ii), this action has been dismissed with prejudice by operation of Rule 41, on the terms agreed to and set out by the parties, with costs taxed as paid.

The Clerk of the Court is DIRECTED to close this case.

DONE this 16th day of May, 2019.

                                                  /s/ Andrew L. Brasher
                                      ANDREW L. BRASHER
                                      UNITED STATES DISTRICT JUDGE